UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

Michael Cruz, **a**s *Administrator of the Estate of Luisa Cruz, deceased,*

                     Plaintiff(s),              19-cv-2064 (PKC)

     -against-                              ORDER

United States of America, et al.,

                     Defendant(s).
───────────────────────────────────────────

CASTEL, U.S.D.J.

       The October 11, 2019 stipulation does not make plain the parties' intentions regarding the claims against Mohammad M. Rahman, M.D. and Ozone Park Medical Care, P.L.L.C. in this action.

       If it is not the intent to dismiss the claims against Mohammad M. Rahman, M.D. and Ozone Park Medical Care, P.L.L.C., then the parties shall proceed on the following schedule:

       By March 2, 2022, plaintiff shall file its proposed voir dire, proposed jury instructions, proposed verdict sheet and any *in limine* motions and deliver to defendant (but not file) its portion of the Joint Pre-Trial Order in Word format. By March 16, 2022, defendant shall file its proposed voir dire, proposed jury instructions, proposed verdict sheet and any *in limine* motions and its responses to plaintiff's in limine motions. By March 18, defendant shall file the proposed Joint Pre-Trial Order. Plaintiff may respond to defendant's *in limine* motions by March 23, 2022.

The Final Pre-Trial Conference will take place on April 13, 2022 at 3:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
February 11, 2022