UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL CRUZ, *as Administrator of the Estate of Luisa Cruz, deceased*,

       Plaintiff,       19-cv-2064 (PKC)

  -against-          ORDER

UNITED STATES OF AMERICA,
MOHAMMED M. RAHMAN, OZONE PARK
MEDICAL CARE, PLLC,

       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J

  Based upon the plaintiff's failure to comply with this Court's Orders of October 11, 2019 (Doc 26) and February 18, 2022 (Doc 29) and plaintiff's counsel's statement to this Court that "we will not proceed in your Court," (Letter of February 17, 2022 (Doc 28)), the action is dismissed with prejudice and without costs.

  SO ORDERED.

               _____
               P. Kevin Castel
               United States District Judge

Dated: New York, New York
   March 28, 2022